No. 229. DOBBINS ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *H. H. Gearinger* for petitioners. *Solicitor General Griswold, Assistant Attorney General Wilson, Beatrice Rosenberg,* and *Jerome M. Feit* for the United States.

No. 232. ROSS *v.* ILLINOIS. App. Ct. Ill., 1st Dist. Certiorari denied. *Edward J. Calihan, Jr.,* for petitioner.

No. 233. SIMON *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *Anna R. Lavin* and *Edward J. Calihan, Jr.,* for petitioner. *Solicitor General Griswold, Assistant Attorney General Wilson,* and *Beatrice Rosenberg* for the United States.

No. 237. COLLINS *v.* WASHINGTON. Sup. Ct. Wash. Certiorari denied. *John Caughlan* for petitioner. *James E. Kennedy* for respondent.

No. 243. TEXAS OIL & GAS CORP. ET AL. *v.* PHILLIPS PETROLEUM Co. C. A. 10th Cir. Certiorari denied. *Geo. L. Verity* for petitioners. *Edward J. Fauss* for respondent.

No. 246. PATTERSON *v.* INDIANA. Sup. Ct. Ind. Certiorari denied. *Palmer K. Ward* for petitioner. *Theodore L. Sendak,* Attorney General of Indiana, and *William F. Thompson,* Deputy Attorney General, for respondent.

No. 251. MAGNETIC HEATING CORP. ET AL. *v.* FOSTER. C. A. 2d Cir. Certiorari denied. *Charles H. Walker* and *William K. Kerr* for petitioners. *Alexander Kahan* for respondent.